THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DUNCAN, a married individual; HOPE DUNCAN, a married individual,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Insurance Company,

Defendant.

CASE NO. 2:26-cv-00594-JCC

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2) EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION DISCLOSURE DEADLINES

**STIPULATED MOTION**

1.  Plaintiffs filed their Complaint against Defendant on January 16, 2026.

2.  Defendant removed the case to this Court on February 19, 2026 (ECF No. 1).

3. Defendant Filed its Answer to the Complaint in the removed action on February 26, 2026 (ECF No. 10).

4.  The Court issued its CIVIL TRIAL SCHEDULING ORDER on April 3, 2024 (ECF No. 14).

5.  That April 3, 2024 Order set the deadlines –

[Five] Day Bench Trial is set for April 5, 2027 at 09:00 AM in Courtroom 16206 before

U.S. District Judge John C. Coughenour.

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2)
EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION
DISCLOSURE DEADLINES - 1
NO. 2:26-cv-00594-JCC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

Pleading amendment/3rd pty action due by August 21, 2026,

**Discovery completed by December 7, 2026**,

39.1 mediation to be completed by December 21, 2026,

Dispositive motions due by January 5, 2027,

Motions in Limine due by March 26, 2027,

Pretrial Order due by March 26, 2027,

Trial briefs to be submitted by April 1, 2027.

All discovery, including expert disclosures and all fact and expert depositions, must be completed by the discovery cutoff date.

7. However, the April 3, 2024 Order did <u>not</u> address or set the FRCP 26(a)(2) expert disclosure and rebuttal expert opinion disclosure deadlines in the case.

8. The Parties have "met and conferred" and stipulate/agree that the deadlines of **October 23, 2026 for the FRCP 26(a)(2) expert disclosure** and **November 23, 2026 for expert rebuttal opinions disclosure** are sufficient to complete all discovery by the December 7, 2026, Discovery cutoff in the case *after* efforts are made by the Parties to explore an early settlement in this case via direct negotiations and/or a mediation.

9. For these reasons, the Parties respectfully request that the Court approve the Parties' stipulated/agreed deadlines of **October 23, 2026 for the FRCP 26(a)(2) expert disclosure** and **November 23, 2026 for the expert rebuttal opinions disclosure.**

DATED July 13, 2026.

*/s Justin Elsner*_____
Justin Elsner, WSBA No. 39251
Attorney for Plaintiffs
Elsner Law Firm, PLLC
23711 Brier Road
Brier, WA 98036
justin@elsnerlawfirm.com

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2)
EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION
DISCLOSURE DEADLINES - 2
NO. 2:26-cv-00594-JCC

DATED July 13, 2026.


*s/ William C. Gibson*
William C. Gibson, WSBA #26472
Attorneys for State Farm Mutual Automobile
Insurance Company
Jensen Morse Baker, PLLC
520 Pike Street, Suite 2375
Seattle, WA 98101
chris.gibson@jmblawyers.com

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2)
EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION
DISCLOSURE DEADLINES - 3
NO. 2:26-cv-00594-JCC

**ORDER**

The Court orders that the Stipulated Motion is granted. The Court sets **October 23, 2026 as the deadline for the FRCP 26(a)(2) expert disclosure** and **November 23, 2026 as the deadline for the expert rebuttal opinions disclosure in this matter.**

EXECUTED this 15th day of July 2026.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:


_s/ William C. Gibson_____
William C. Gibson, WSBA #26472
Attorneys for State Farm Mutual Automobile
Insurance Company
Jensen Morse Baker, PLLC
520 Pike Street, Suite 2375
Seattle, WA 98101
chris.gibson@jmblawyers.com

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2)
EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION
DISCLOSURE DEADLINES - 4
NO. 2:26-cv-00594-JCC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 15th day of July, 2026, the document attached hereto was delivered to the below counsel in the manner indicated:

*Counsel for Plaintiffs*
Justin Elsner, WSBA No. 39251
Elsner Law Firm, PLLC
23711 Brier Road
Brier, WA 98036
justin@elsnerlawfirm.com

☒ Via CM/ECF
☒ Via electronic mail
☐ Via U.S. Mail, postage prepaid
☐ Via Facsimile
☐ Via Courier
☐ Via Overnight delivery

DATED this 15th day of July, 2026, in Seattle, WA.

By *s/ Karen Langridge*
Karen Langridge, Legal Assistant

STIPULATED MOTION AND ORDER TO SET FRCP 26(A)(2)
EXPERT DISCLOSURE AND REBUTTAL EXPERT OPINION
DISCLOSURE DEADLINES - 5
NO. 2:26-cv-00594-JCC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550